■

In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Temporary Administrator of the Estate of, and BANK OF NEW YORK AND FIFTH AVENUE BANK et al., as Executors and Trustees under the Will of JULES GUERIN, Deceased, Respondents. KATHRYN SCHOLEFIELD et al., Appellants.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

■

In the Matter of the Probate of the Will of LOUIS J. FREIMAN, Deceased. MAURICE E. FREIMAN et al., Respondents; BECKIE FREIMAN, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J. Cohn, Van Voorhis, Shientag and Heffernan, JJ.

■

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the First CONSOLIDATED MORTGAGE OF RIO GRANDE WESTERN RAILWAY COMPANY, Respondent, and JULIUS KLORFEIN, Intervener, Respondent, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee under the Refunding and Improvement Mortgage of DENVER AND RIO GRANDE WESTERN RAILROAD COMPANY, et al., Respondents; WESTERN PACIFIC RAILROAD CORPORATION, Appellant-Respondent, and HAROLD S. BAIRD, Intervener, Respondent. OSTERMAN & HUTNER et al., Appellants.— Order entered September 14, 1950, unanimously affirmed. No opinion. Present. — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [Order granted specified allowances and expenses.]

■

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the First Consolidated Mortgage of RIO GRANDE WESTERN RAILWAY COMPANY, Respondent, and JULIUS KLORFEIN, Intervener, Respondent, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee under the Refunding and Improvement Mortgage of DENVER AND RIO GRANDE WESTERN RAILROAD COMPANY, et al., Respondents, and HAROLD S. BAIRD, Intervener, Respondent. OSTERMAN & HUTNER et al., Appellants.— With respect to the order entered October 5, 1950, we think Special Term was justified, in the exercise of discretion in denying the application of Osterman & Hutner, et al., for leave to intervene as parties to the action. Apparently, however, the court entertained the applicant's motion on the merits and we have fully considered the motion upon the merits. Order unanimously modified to the extent of granting the application to intervene, for the purpose of this appeal and, as so modified, affirmed, with one bill of $20 costs and disbursements to the respondents. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See *post*, p. 765.]

■

HOWLAND H. PELL, JR., as Executor of MARY W. BUEL, Deceased, Respondent, v. J. WATSON WEBB, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

■

GENERAL ELECTRIC COMPANY, Respondent, v. MONARCH-SAPHIN CO., INC., Appellant. ALBERT V. SAPHIN, Appellant.— Order unanimously modified by striking out the provisions which granted the plaintiff's motion to punish